## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF VIRGIN ISLANDS

| | |
|---|---|
| IN RE: ) | |
| ) | Voluntary Chapter 11 |
| JEFFREY J. PROSSER ) | |
| ) | Case No. 1:06–BK–10006 |
| DEBTOR ) | |
| _____) | |

### MOTION REQUESTING REASSIGNMENT

COMES now Jeffrey J. Prosser, debtor in the captioned, and hereby respectfully requests reassignment of this case to the Honorable Judith K. Fitzgerald and in support hereby shows the Court as follows:

1. This case was filed late in the day on July 31, 2006 and there have been no appearances as yet.

2. This case is related to five (5) other cases all of which are assigned to Judge Fitzgerald, to wit: involuntary petitions filed on February 10, 2006 and pending in the Bankruptcy Court for the District of Delaware involving the debtor, (i) Jeffrey Prosser (06-10135-JKF) and two affiliates, (ii) Innovative Communications Company, LLC (06-10133-JKF) and (iii) Emerging Communications, Inc. (06-10134-JKF); and voluntary cases filed in the Virgin Islands District on July 31, 2006 by (iv) Innovative Communications Company, LLC and (v) Emerging Communications, Inc.

3. These six cases are highly complex and factually intertwined involving hundreds of millions of dollars in assets and asserted liabilities with the largest claims being asserted by the same creditors against all debtors.

4. The three Delaware cases have a long history of contested matters since their filing in February and have involved extensive briefing, numerous motions and a number of hearings. Several matters are still pending before Judge Fitzgerald.

5. Pursuant to Bankruptcy Rule 1014(b) initial determinations as to the venue for this and the related cases are to be made by Judge Fitzgerald

6. It is respectfully suggested that it is in the interests of justice, the interests of this debtor and his creditors and this estate as well as the affiliated debtors and their creditors and estates and will better serve the convenience of the parties that this case be reassigned to Judge Fitzgerald.

7. It is further respectfully suggested that since this case has been pending for just a few hours reassignment without further notice or hearing is appropriate.

WHEREFORE, Jeffrey P. Prosser respectfully prays that this Court enter its Order reassigning this case to the Honorable Judith K. Fitzgerald.

Dated this 1st day of August, 2006.

JEFFREY J. PROSSER, Debtor

By: /s/ Thomas Alkon
Thomas Alkon (VI #575)
Thomas Alkon, PC
2115 Queen Street
Christiansted, St. Croix 00820
Phone: (340) 773-3305

AND

By: /s/ Robert F. Craig
Robert F. Craig (NE #10819)
robert@craiglaw.org
Jenna Taub (NE # 22725)
jenna@craiglaw.org
Robert F. Craig, PC
1321 Jones Street
Omaha, NE 68102
Phone: (402) 408-6004
Fax: (402) 408-6001

I hereby certify that on August 1, 2006 I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to the following:

    US Trustee

And I hereby do certify that I have mailed the document by United States Postal Service to the following non-CM/ECF participants.

                                        */s/ Thomas Alkon*

                                        Thomas Alkon